BLANK ROME LLP
JOSEPH O. CLICK (124877)
600 New Hampshire Ave., N.W.
Washington, D.C. 20037
Telephone: 202/772-5966
202/572-8361 (fax)

BINGHAM MCCUTCHEN LLP
DALE BARNES (99273)
Three Embarcadero Center
San Francisco, CA 94111
Telephone: 415/393-2522
415/393-2286 (fax)

Counsel for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re IMPAX LABORATORIES, INC. SECURITIES LITIGATION | Master File No. C-04-4802-JW<br><br>CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE |

*IT IS SO ORDERED — Judge James Ware*

WHEREAS, lead plaintiff filed a consolidated complaint on June 7, 2005;

WHEREAS, this Court's April 22, 2005 Order, continuing Case Management Conference set a briefing schedule for defendants' motion to dismiss the consolidated complaint;

WHEREAS, this briefing schedule set July 20, 2005 as the last day for defendants to move to dismiss the consolidated complaint;

WHEREAS, defendants' counsel requests a one-week extension of time to move to dismiss the consolidated complaint due to scheduling conflicts;

WHEREAS, the parties have not previously requested an extension in relation to the briefing schedule on defendants' motion to dismiss; and

Stipulation and [Proposed] Order Extending Briefing Schedule

WHEREAS, this one-week extension will not impact the hearing on defendants' motion to dismiss scheduled for October 31, 2005 at 9:00 a.m., or the Case Management Conference set for October 31, 2005 at 10:00 a.m.

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Civil L.R. 6-1(b), and Civil L.R. 6-2, by the parties through their undersigned counsel of record as follows:

1. The last day for defendants to move to dismiss the consolidated complaint is on or before July 27, 2005;

2. The last day for plaintiffs to oppose defendants' motion to dismiss is on or before September 9, 2005; and

3. The last day for defendants to reply to plaintiffs' opposition is on or before October 7, 2005.

DATED: July __, 2005

BLANK ROME LLP
JOSEPH O. CLICK

_____
JOSEPH O. CLICK
600 New Hampshire Ave., N.W.
Washington, D.C. 20037
Telephone: 202/772-5966
202/572-8361 (fax)

Counsel for Defendants

DATED: July __, 2005

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
AZRA Z. MEHDI
MONIQUE C. WINKLER
SHANA E. SCARLETT

_____
AZRA Z. MEHDI
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

Blank Rome LLP
Watergate 600 New Hampshire Ave., NW Washington, DC 20037

|   |   |
|---|---|
| | LERACH COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>WILLIAM S. LERACH<br>401 B Street, Suite 1600<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>619/231-7423 (fax)<br><br>Lead Counsel for Plaintiffs |

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: __7/27/05__                                    /S/ James Ware
                                                                  THE HONORABLE JAMES WARE
                                                                  United States District Court Judge

3

Stipulation and [Proposed] Order Extending Briefing Schedule