```
 1  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
 2  AZRA Z. MEHDI (220406)
    MONIQUE C. WINKLER (213031)
 3  SHANA E. SCARLETT (217895)
    100 Pine Street, Suite 2600
 4  San Francisco, CA  94111
    Telephone:  415/288-4545
 5  415/288-4534 (fax)
          – and –
 6  WILLIAM S. LERACH (68581)
    401 B Street, Suite 1600
 7  San Diego, CA  92101
    Telephone:  619/231-1058
 8  619/231-7423 (fax)

 9  Lead Counsel for Plaintiff
```

IT IS SO ORDERED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re IMPAX LABORATORIES, INC. SECURITIES LITIGATION | Master File No. C-04-4802-JW |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | STIPULATION AND [PROPOSED] ORDER REGARDING FILING THE FIRST AMENDED COMPLAINT |
| ALL ACTIONS. | |

WHEREAS, lead plaintiff United Food & Commercial Workers Union Local 655, AFL-CIO, Food Employers Joint Pension Plan filed a Consolidated Complaint for Violation of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 ("Complaint") on June 7, 2005;

WHEREAS, defendants moved to dismiss the Complaint on July 27, 2005;

WHEREAS, the last day for lead plaintiff to oppose defendants' motion to dismiss is on or before September 9, 2005;

WHEREAS, since the filing of the Complaint and defendants' motion to dismiss, new facts have come to light which lead plaintiff wishes to add to its current complaint, including among other things:  (a) a press release issued on June 20, 2005 regarding Impax Laboratories, Inc.'s ("Impax") intent to increase its credit facility; (b) a press release issued on June 27, 2005 that Impax had privately placed $75 million of 3.5% senior subordinated convertible debentures, with the proceeds used to repay Impax's 1.250% convertible senior subordinated debentures; (c) a press release issued on August 3, 2005, providing additional details on Impax's restatement, its ongoing delays in filing its quarterly and annual filings with the Securities and Exchange Commission ("SEC"), its request for advice from the Office of the Chief Accountant of the SEC regarding Impax's revenue recognition policies; and (d) a press release issued on August 5, 2005 regarding Impax's delisting from the National Association of Securities Dealers Automated Quotation System Stock Exchange;

WHEREAS upon learning of these new facts, in the interest of conserving resources of the parties and the Court, rather than engage in futile briefing on existing motions to dismiss, lead plaintiff requested and defendants agreed to stipulate to the filing of an amended complaint; and

WHEREAS in the interests of efficiency, the parties have agreed that lead plaintiff will not file its opposition to the motion to dismiss the Complaint on September 9, 2005, but will instead file the First Amended Complaint which shall serve as the operative complaint in this litigation.

IT IS STIPULATED AND AGREED, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Civil L.R. 6-1(b), and Civil L.R. 6-2, by the parties through their undersigned counsel of record as follows:

1.      Given the additional allegations to be added to the First Amended Complaint, defendants will have a total of 30 pages for their motion to dismiss, and lead plaintiff will have a total of 30 pages in opposing the motion to dismiss.

2.      Lead plaintiff will not file its opposition to the motion to dismiss the Complaint on September 9, 2005.

3.      Lead plaintiff will file the First Amended Complaint on or before September 9, 2005.

4.      Defendants will file their motion to dismiss on or before October 7, 2005.

5.      Lead plaintiff will file its opposition to defendants' motion to dismiss on or before November 4, 2005.

6.      Defendants will file their reply to lead plaintiff's opposition to motion to dismiss on or before November 29, 2005.

7.      The hearing on defendants' motion to dismiss, scheduled for October 31, 2005 at 9:00 a.m., and the Case Management Conference set for October 31, 2005 at 10:00 a.m. will now be scheduled for December 12, 2005 at 9:00 a.m., or any other date convenient to the Court.

8.      The parties agree that any further amendments to the First Amended Complaint will be upon leave of or pursuant to Court order.

IT IS SO STIPULATED.

DATED: September 2, 2005           LERACH COUGHLIN STOIA GELLER
                                     RUDMAN & ROBBINS LLP
                                   AZRA Z. MEHDI
                                   MONIQUE C. WINKLER
                                   SHANA E. SCARLETT

                                            / S /
                                   SHANA E. SCARLETT

                                   100 Pine Street, Suite 2600
                                   San Francisco, CA  94111
                                   Telephone:  415/288-4545
                                   415/288-4534 (fax)

STIP AND [PROPOSED] ORDER RE FILING THE FIRST AMENDED COMPLAINT - C-04-4802-JW     - 2 -

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>WILLIAM S. LERACH |
| 3 | | 401 B Street, Suite 1600<br>San Diego, CA  92101 |
| 4 | | Telephone:  619/231-1058<br>619/231-7423 (fax) |
| 5 | | |
| 6 | | Lead Counsel for Plaintiff |
| 7 | DATED:  September 2, 2005 | BLANK ROME LLP<br>JOSEPH O. CLICK |
| 8 | | |
| 9 | |         / S /<br>JOSEPH O. CLICK |
| 10 | | |
| 11 | | 600 New Hampshire Ave. NW<br>Washington, DC  20037<br>Telephone:  202/772-5966 |
| 12 | | 202/572-8361 (fax) |
| 13 | | BINGHAM MCCUTCHEN LLP<br>DALE BARNES |
| 14 | | Three Embarcadero Center<br>San Francisco, CA  94111 |
| 15 | | Telephone:  415/393-2522<br>415/393-2286 (fax) |
| 16 | | |
|   | | Counsel for Defendants |

17
18      I, Shana Scarlett, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Filing the First Amended Complaint.  In compliance
19  with General Order 45, X.B., I hereby attest that Joseph O. Click of Blank Rome LLP has concurred in this filing.

20                       *     *     *

21                      **O R D E R**

22      PURSUANT TO STIPULATION, IT IS SO ORDERED.

23  DATED: 9/02/05              /s/ James Ware
                                          THE HONORABLE JAMES WARE
24                                              UNITED STATES DISTRICT JUDGE

25
26  T:\CasesSF\IMPAX Labs\STP00023961.doc
27
28

1 <u>DECLARATION OF SERVICE BY MAIL AND FACSIMILE</u>

2    I, the undersigned, declare:

3    1.    That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

7    2.    That on September 2, 2005, declarant served the **STIPULATION AND [PROPOSED] ORDER REGARDING FILING THE FIRST AMENDED COMPLAINT** by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.  Declarant also served the parties by facsimile.

12    3.    That there is a regular communication by mail between the place of mailing and the places so addressed.

14    I declare under penalty of perjury that the foregoing is true and correct.  Executed this 2nd day of September, 2005, at San Francisco, California.

 / S /
MONINA O. GAMBOA

IMPAX LABS (LEAD)

Service List - 9/1/2005    (04-0553)

Page 1 of 1

**Counsel For Defendant(s)**

Dale E. Barnes, Jr.
Bingham McCutchen LLP
Three Embarcadero Center, Suite 1800
San Francisco, CA  94111
  415/393-2000
  415/393-2286 (Fax)

Joseph O. Click
Blank Rome LLP
600 New Hampshire Avenue, N.W., 11th Floor
Washington, DC  20037
  202/944-3000
  202/944-3068 (Fax)

**Counsel For Plaintiff(s)**

Azra Z. Mehdi
Monique C. Winkler
Shana E. Scarlett
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
  415/288-4545
  415/288-4534 (Fax)

William S. Lerach
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
401 B Street, Suite 1600
San Diego, CA  92101-4297
  619/231-1058
  619/231-7423 (Fax)