**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7                   IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                          SAN JOSE DIVISION

10                                     NO. C 04-04802 JW

11                                     **ORDER CONTINUING HEARING DATE**
                                       **FOR MOTION TO DISMISS AND CASE**
12   In re IMPAX Laboratories, Inc. Securities  **MANAGEMENT CONFERENCE**
     Litigation,

13              Defendant(s).
     _____/

14        Defendants' motion to dismiss and the case management conference are continued from December

15   12, 2005 to February 6, 2006 at 9:00 a.m.

16   Dated: November 28, 2005              /s/James Ware_____
                                           JAMES WARE
17                                         United States District Judge

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Azra Z. Mehdi  azram@lerachlaw.com
   Dale E. Barnes  dbarnes@mdbe.com
3  Darren J. Robbins  e_file_sd@lerachlaw.com
   Elizabeth P. Lin  elin@milbergweiss.com
4  Joseph Otto Click  click@blankrome.com
   Monique Winkler  MoniqueW@lerachlaw.com
5  Patrick J. Coughlin  patc@mwbhl.com
   Robert S. Green  RSG@CLASSCOUNSEL.COM
6  Shana Eve Scarlett  shanas@milberg.com
   Tricia Lynn McCormick  triciam@lerachlaw.com
7  William S. Lerach  billl@lerachlaw.com
   Willow E. Radcliffe  willowr@lerachlaw.com
8

9  Kerry Brainard
   Michael Joseph
10 600 New Hampshire Avenue, N.W.
   Washington, DC 20037
11

12 **Dated: November 28, 2005**                    **Richard W. Wieking, Clerk**

13

14                                                 **By:   /s/JW Chambers**
                                                        **Ronald L. Davis**
15                                                      **Courtroom Deputy**

16

17

18

19

20

21

22

23

24

25

26

27

28