BLANK ROME LLP
MICHAEL JOSEPH (pro hac vice)
JOSEPH O. CLICK (pro hac vice)
KERRY BRAINARD (pro hac vice)
600 New Hampshire Ave., N.W.
Washington, D.C. 20037
Telephone: 202/772-5966
202/572-8361 (fax)

BINGHAM MCCUTCHEN LLP
DALE BARNES (SBN 99273)
Three Embarcadero Center
San Francisco, CA 94111
Telephone: 415/393-2522
415/393-2286 (fax)

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re IMPAX LABORATORIES, INC. SECURITIES LITIGATION | Master File No. C-04-4802-JW |
| | <u>CLASS ACTION</u> |
| This Document Related To: | STIPULATION AND [~~PROPOSED~~] ORDER REGARDING FILING OF DEFENDANTS' REPLY BRIEF |
| ALL ACTIONS. | |

Date: February 6, 2006
Time: 9:00 a.m.
Place: Courtroom 8, 4th Floor
Judge: Hon. James Ware

STIP AND [PROPOSED] ORDER RE FILING OF DEFENDANTS' REPLY BRIEF – C-04-4802-JW

WHEREAS, lead plaintiff United Food & Commercial Workers Union Local 655, AFL-CIO, Food Employers Joint Pension Plan filed a First Amended Consolidated Complaint for Violation of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 ("Complaint") on September 9, 2005;

WHEREAS, defendants moved to dismiss the Complaint on October 7, 2005;

WHEREAS, lead plaintiff filed an opposition to defendants' motion to dismiss on November 7, 2005;

WHEREAS, defendants' reply memorandum in support of their motion to dismiss was originally due to be filed on November 29, 2005;

WHEREAS, defendants' counsel mistakenly believed the reply memorandum was due on December 2, 2005, and scheduled other activities that preclude the filing of the reply memorandum on November 29, 2005;

WHEREAS, defendants need an additional three days until December 2, 2005 to file their reply memorandum; and

WHEREAS, the Court has continued the hearing on defendants motion to dismiss from December 12, 2005 to February 6, 2006, and will thus have additional time to consider the memoranda and arguments of the parties;

IT IS STIPULATED AND AGREED, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Civil L.R. 6-1(b), and Civil L.R. 6-2, by the parties through their undersigned counsel of record as follows:

1. Defendants' reply memorandum will be filed on or before December 2, 2005.

IT IS SO STIPULATED.

DATED: November 29, 2005

BLANK ROME LLP
JOSEPH O. CLICK

    s/Joseph O. Click
JOSEPH O. CLICK

600 New Hampshire Ave., N.W.
Washington, D.C. 20037
Telephone: 202/772-5966
202/572-8361 (fax)

BINGHAM MCCUTCHEN LLP
DALE BARNES
Three Embarcadero Center
San Francisco, CA 94111
Telephone: 415/393-2522
415/393-2286 (fax)

Counsel for Defendants

DATED: November 29, 2005

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
AZRA Z. MEHDI
MONIQUE C. WINKLER
SHANA E. SCARLETT

    s/Shana E. Scarlett
SHANA E. SCARLETT

100 Pine Street, Suite 2000
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGLIN STOIA GELLER
  RUDMAN & ROBBINS LLP

3

STIP AND [PROPOSED] ORDER RE FILING OF DEFENDANTS' REPLY BRIEF – C-04-4802-JW

Blank Rome LLP
Watergate, 600 New Hampshire Avenue, NW, Washington, DC, 20037

WILLIAMS S. LERACH
401 B Street, Suite 1600
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiff

I, Dale E. Barnes, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Filing the First Amended Complaint. In compliance with General Order 45, X.B., I hereby attest that Shana Scarlett of Leach Couglin Stoia Geller Rudman & Robbins LLP has concurred in this filing.

\* \* \*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 30, 2005

_____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

**Blank Rome LLP**
Watergate, 600 New Hampshire Avenue, NW, Washington, DC. 20037.

4

STIP AND [PROPOSED] ORDER RE FILING OF DEFENDANTS' REPLY BRIEF – C-04-4802-JW