LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
AZRA Z. MEHDI (220406)
MONIQUE C. WINKLER (213031)
SHANA E. SCARLETT (217895)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
AzraM@lerachlaw.com
MoniqueW@lerachlaw.com
ShanaS@lerachlaw.com
     – and –
WILLIAM S. LERACH (68581)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
BillL@lerachlaw.com

Lead Counsel for Plaintiffs

IT IS SO ORDERED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re IMPAX LABORATORIES, INC. SECURITIES LITIGATION <br><br>─────────────────────────<br><br>This Document Relates To:<br><br>    ALL ACTIONS.<br>───────────────────────── | Master File No. C-04-4802-JW<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED CONSOLIDATED COMPLAINT |

1  WHEREAS, plaintiffs United Food & Commercial Workers Union Local 655, AFL-CIO, Food Employers Joint Pension Plan and Dr. Melvin M. Owen filed a First Amended Consolidated Complaint for Violation of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on September 9, 2005;

WHEREAS this Court issued its Order Granting Defendants' Motion to Dismiss with Leave to Amend ("Order") on March 1, 2006;

WHEREAS, in the March 1, 2006 Order, the Court required plaintiffs to file a motion requesting leave to file a second amended consolidated complaint consistent with the Order and attaching the proposed second amended consolidated complaint on or before April 21, 2006;

WHEREAS plaintiffs' counsel's schedules require a one-week extension of time;

IT IS STIPULATED AND AGREED, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Civil L.R. 6-1(b), and Civil L.R. 6-2, by the parties through their undersigned counsel of record as follows:

Plaintiffs' Second Amended Consolidated Complaint for Violation of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 will be filed on or before April 28, 2006.

IT IS SO STIPULATED.

DATED: April 11, 2006

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
AZRA Z. MEHDI
MONIQUE C. WINKLER
SHANA E. SCARLETT


                       /s/
              SHANA E. SCARLETT

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

| | |
|---|---|
| | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>WILLIAM S. LERACH<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>619/231-7423 (fax)<br><br>Lead Counsel for Plaintiffs |
| DATED: April 11, 2006 | BLANK ROME LLP<br>JOSEPH O. CLICK<br><br>              /s/<br>      JOSEPH O. CLICK<br><br>600 New Hampshire Ave. NW<br>Washington, DC 20037<br>Telephone: 202/772-5966<br>202/572-8361 (fax)<br><br>BINGHAM MCCUTCHEN LLP<br>DALE BARNES<br>Three Embarcadero Center<br>San Francisco, CA 94111<br>Telephone: 415/393-2522<br>415/393-2286 (fax)<br><br>Counsel for Defendants |

    I, Shana Scarlett, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Filing of Plaintiffs' Motion for Leave to File a Second Amended Consolidated Complaint. In compliance with General Order 45, X.B., I hereby attest that Joseph O. Click of Blank Rome LLP has concurred in this filing.

\*    \*    \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 13, 2006        _/s/ James Ware_
                                                       THE HONORABLE JAMES WARE
                                                       UNITED STATES DISTRICT JUDGE

T:\casesSF\impax Labs\STP00029907.doc

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 11, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I further certify that I caused this document to be forwarded to the following designated Internet site at: http://securities.lerachlaw.com/.

    /s/ Shana E. Scarlett
SHANA E. SCARLETT

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:ShanaS@lerachlaw.com

# Mailing Information for a Case 5:04-cv-04802-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Dale E. Barnes, Jr**
  dale.barnes@bingham.com lisa.lee@bingham.com;teresa.bowen@bingham.com

- **Joseph Otto Click**
  click@blankrome.com smith-sh@blankrome.com

- **Patrick J. Coughlin**
  patc@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Robert S. Green**
  RSG@CLASSCOUNSEL.COM CAND.USCOURTS@CLASSCOUNSEL.COM

- **William S. Lerach**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **Elizabeth P. Lin**
  elin@milbergweiss.com crosete@milbergweiss.com

- **Tricia Lynn McCormick**
  triciam@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Azra Z. Mehdi**
  azram@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **Shana Eve Scarlett**
  shanas@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Kerry Brainard
600 New Hampshire Avenue, N.W.
Washington, DC 20037
```

**Michael Joseph**
600 New Hampshire Avenue, N.W.
Washington, DC 20037