**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7 IN THE UNITED STATES DISTRICT COURT
8 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9 SAN JOSE DIVISION
10 NO. C 04-04802 JW
11 In re IMPAX Laboratories, Inc. **ORDER RESCHEDULING HEARING ON DEFENDANTS' MOTION TO DISMISS**
12
13                                               /
14     The Court specially set a hearing on Defendants' Motion to Dismiss Second Amended
15 Consolidated Complaint for **Wednesday, November 8, 2006 at 9 a.m.** The hearing presently
16 scheduled for October 30, 3006 is VACATED.
17
18 Dated:  October 25, 2006
19                                                                          JAMES WARE
                                                                             United States District Judge
20
21
22
23
24
25
26
27
28

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Azra Z. Mehdi azram@lerachlaw.com
Dale E. Barnes dale.barnes@bingham.com
Elizabeth P. Lin elin@milbergweiss.com
Joseph Otto Click click@blankrome.com
Monique Winkler MoniqueW@lerachlaw.com
Patrick J. Coughlin patc@lerachlaw.com
Robert S. Green RSG@CLASSCOUNSEL.COM
Shana Eve Scarlett shanas@lerachlaw.com
Tricia Lynn McCormick triciam@lerachlaw.com
William S. Lerach e_file_sd@lerachlaw.com
Willow E. Radcliffe willowr@lerachlaw.com

Dated:  October 25, 2006           **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
       **Elizabeth Garcia**
       **Courtroom Deputy**