**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Impax Laboratories, Inc. Securities Litigation | No. C 04-04802 JW<br><br>**ORDER REGARDING STRUCTURE OF COMPLAINT GOVERNED BY PRIVATE SECURITIES LITIGATION REFORM ACT** |
| _____/ | |

On January 3, 2007, the Court Granted Defendants' Motion to Dismiss the In re Impax Laboratories Securities Class Action Complaint for Violation of the Securities Exchange Act of 1934, and gave Plaintiffs leave to amend. To clarify the substantive allegations, on or before **February 5, 2007**, Plaintiffs shall file and serve an amended complaint, which shall contain the following headings and allegations with respect to the substantive allegations: *[If the nature of the complaint suggests additional or different headings, they shall nevertheless substantially conform to the format set forth below]*

//

I. **ALLEGED UNTRUE STATEMENTS OF A PAST OR THEN-CURRENT MATERIAL FACT**

    1. **First alleged untrue statement of a material fact.** *[Include a quotation of the precise statement which the Plaintiff alleges was made. If multiple parts of a statement are involved, treat each part as a separate statement.]*

        a. **Date of the statement:**

        b. **Recipient:** *[Describe the person or entity to whom the statement was made and how the recipient recorded or captured the statement.]*

        c. **Identity of author:** *[State the basis for attributing statement to the alleged author. If the identity of the author is unknown, so state, and state all identifying information known to the Plaintiff as of the time of the pleading.]*

        d. **True Facts:** *[Set forth in detail the alleged true status of all allegedly untrue matters contained in the statement and state how the Plaintiff knows (or why the Plaintiff believes) that its allegation of the true status was, in fact, the true status.]*

        e. **Scienter:** *[Set forth the Plaintiff's allegations of what the author knew or believed at the time the author made the untrue statement.]*

        f. **Factual basis for scienter:** *[Set forth the facts on which the Plaintiff bases its allegation that the author knew or believed the true facts at the time the author made the untrue statement.]*

        g. **Effect, if any, on the stock price or on the market:** *[If the Plaintiff alleges that there was no individualized effect, it is permissible to allege effect on Stock Price in Section H.]*

        h. **Loss causation:**

            1. **Date of loss:**

            2. **Nature of loss:** *[e.g. Whether Plaintiff purchased stocks at the inflated price or sold stocks at a price negatively impacted by the alleged material misstatements or omissions and connection of loss to conduct described above in Sections a-f.]*

            3. **Extent of loss:**

    2. **Second alleged untrue statement of a material fact.**

        a. **Date of the statement:**

        b. **Recipient:**

        c. **Identity of author:**

        d. **True Facts:**

      e.    **Scienter:**

      f.    **Factual basis for scienter**.

      g.    **Effect, if any, on the stock price or on the market:**

      h.    **Loss causation:**

           1.    **Date of loss:**

           2.    **Nature of loss:**

           3.    **Extent of loss:**

**II.**    **ALLEGED UNTRUE FORWARD-LOOKING STATEMENTS UNACCOMPANIED BY MEANINGFUL CAUTIONARY LANGUAGE**

    **1.**    **First alleged untrue forward-looking statement of a material fact.**

      a.    **Date of the statement**:

      b.    **Recipient:**

      c.    **Identity of author:**

      d.    **True Facts:**

      e.    **Scienter:**

      f.    **Factual basis for scienter:**

      g.    **Effect, if any, on the stock price or on the market:**

      h.    **Loss causation:**

           1.    **Date of loss:**

           2.    **Nature of loss:**

           3.    **Extent of loss:**

    **2.**    **Second alleged untrue forward-looking statement of a material fact.**

      a.    **Date of the statement**:

      b.    **Recipient:**

      c.    **Identity of author:**

      d.    **True Facts:**

      e.    **Scienter:**

      f.    **Factual basis for scienter:**

      g.    **Effect, if any, on the stock price or on the market:**

**United States District Court**
For the Northern District of California

      h.    **Loss causation:**

           1.    **Date of loss:**

           2.    **Nature of loss:**

           3.    **Extent of loss:**

**III.**   **ALLEGED OMISSIONS TO STATE A PAST OR THEN-CURRENT MATERIAL FACT WHICH SHOULD HAVE BEEN MADE IN ORDER TO MAKE A STATEMENT MADE NOT MISLEADING**

    **1.**    **First alleged misleading statement or omission of a material fact.**
*[Include a quotation of the precise statement which the Plaintiff alleges was made. If multiple parts of a statement are involved, treat each part as a separate statement.]*

      a.    **Date of the statement or omission:**

      b.    **Recipient:** *[Describe the person or entity to whom the statement or omission was made and how the recipient recorded or captured the statement.]*

      c.    **Identity of person responsible for making the misleading or omitted statement alleged:** *[State the basis for attributing statement to the alleged author. If the identity of the author is unknown, so state, and state all identifying information known to the Plaintiff as of the time of the pleading.]*

      d.    **Omitted Facts:** *[Set forth in detail the alleged complete status of all matters which were omitted from the misleading statement and how those matters would have prevented the statement from being misleading and state how the Plaintiff knows (or why the Plaintiff believes) that its allegation of the complete status was, in fact, the true status.]*

      e.    **Scienter:** *[Set forth the Plaintiff's allegations of what the author knew or believed at the time the author omitted the misleading statement.]*

      f.    **Factual basis for scienter:** *[Set forth the facts on which the Plaintiff bases its allegation that the author knew or believed the omitted facts at the time the author made the misleading statement.]*

      g.    **Effect, if any, on the stock price or on the market:**

      h.    **Loss causation:**

           1.    **Date of loss:**

           2.    **Nature of loss:**

           3.    **Extent of loss:**

**2.** **Second alleged misleading statement or omission of a material fact.**

    a. **Date of the statement:**

    b. **Recipient:**

    c. **Identity of person responsible for making the misleading or omitted statement alleged:**

    d. **Omitted Facts:**

    e. **Scienter:**

    f. **Factual basis for scienter:**

    g. **Effect, if any, on the stock price or on the market:**

    h. **Loss causation:**

        1. **Date of loss:**

        2. **Nature of loss:**

        3. **Extent of loss:**

Dated: January 3, 2007

JAMES WARE  
United States District Judge

5

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:**

Azra Z. Mehdi azram@lerachlaw.com
Dale E. Barnes dale.barnes@bingham.com
Elizabeth P. Lin elin@milbergweiss.com
Joseph Otto Click click@blankrome.com
Monique Winkler MoniqueW@lerachlaw.com
Patrick J. Coughlin patc@lerachlaw.com
Robert S. Green RSG@CLASSCOUNSEL.COM
Shana Eve Scarlett shanas@lerachlaw.com
Tricia Lynn McCormick triciam@lerachlaw.com
William S. Lerach e_file_sd@lerachlaw.com
Willow E. Radcliffe willowr@lerachlaw.com

**Dated: January 3, 2007**                           **Richard W. Wieking, Clerk**

                                                     **By:   /s/ JW Chambers**
                                                            **Elizabeth Garcia**
                                                            **Courtroom Deputy**