BLANK ROME LLP
MICHAEL JOSEPH (pro hac vice)
JOSEPH O. CLICK (pro hac vice)
KERRY BRAINARD (pro hac vice)
600 New Hampshire Ave., N.W.
Washington, D.C. 20037
Telephone: 202/772-5966
202/572-8361 (fax)

BINGHAM MCCUTCHEN LLP
DALE BARNES (SBN 99273)
Three Embarcadero Center
San Francisco, CA 94111
Telephone: 415/393-2522
415/393-2286 (fax)

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re IMPAX LABORATORIES, INC. SECURITIES LITIGATION | Master File No. C-04-4802-JW |
| | CLASS ACTION |
| This Document Related To: | STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF RESPONSE TO THIRD AMENDED COMPLAINT |
| ALL ACTIONS. | |
| | Date: To be determined |
| | Time: To be determined |
| | Place: Courtroom 8, 4th Floor |
| | Judge: Hon. James Ware |

1  WHEREAS, lead plaintiff United Food & Commercial Workers Union Local 655, AFL-CIO, Food Employers Joint Pension Plan and plaintiff Dr. Melvin M. Owen (collectively "plaintiffs" filed a Third Amended Consolidated Complaint for Violation of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 ("Complaint") on February 5, 2007;

WHEREAS, the Third Amended Consolidated Complaint contains 114 pages, refers to no less than 11 memorandums concerning interviews conducted by the Impax Laboratories, Inc. Special Litigation Committee of various persons, and incorporates an attached 16-page Declaration of Kenneth Neumann, an accountant retained by plaintiffs,

WHEREAS, defendants believe, based on their initial review of the Third Amended Complaint, that it is subject to dismissal;

WHEREAS, defendants need additional time to review and analyze the Third Amended Consolidated Complaint and related documents before responding to it;

IT IS STIPULATED AND AGREED, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Civil L.R. 6-1(b), and Civil L.R. 6-2, by the parties through their undersigned counsel of record as follows:

1. Defendants' shall have until March 30, 2007 to file a motion to dismiss or otherwise respond to the Third Amended Consolidated Complaint;

2. Plaintiffs shall have until April 30, 2007 to file an opposition to any such motion to dismiss; and

3. Defendants shall have until May 15, 2007 to file a reply to any opposition filed by Plaintiffs.

IT IS SO STIPULATED.

DATED:     February 28, 2007            BLANK ROME LLP
                                        JOSEPH O. CLICK

                                        /s/ JOSEPH O. CLICK
                                        JOSEPH O. CLICK

2

STIP AND [PROPOSED] ORDER RE FILING OF DEFENDANTS' REPLY BRIEF – C-04-4802-JW

**Blank Rome LLP**
Watergate, 600 New Hampshire Avenue, NW, Washington, DC, 20037

|   |   |
|---|---|
|   | 600 New Hampshire Ave., N.W. |
|   | Washington, D.C.  20037 |
|   | Telephone: 202/772-5966 |
|   | 202/572-8361 (fax) |
|   |   |
|   | BINGHAM MCCUTCHEN LLP |
|   | DALE BARNES |
|   | Three Embarcadero Center |
|   | San Francisco, CA  94111 |
|   | Telephone:  415/393-2522 |
|   | 415/393-2286 (fax) |
|   |   |
|   | Counsel for Defendants |
| DATED:      February 28, 2007 | LERACH COUGHLIN STOIA GELLER |
|   |    RUDMAN & ROBBINS LLP |
|   | AZRA Z. MEHDI |
|   | MONIQUE C. WINKLER |
|   | SHANA E. SCARLETT |
|   |   |
|   | /s/ SHANA E. SCARLETT |
|   | SHANA E. SCARLETT |
|   |   |
|   | 100 Pine Street, Suite 2000 |
|   | San Francisco, CA 94111 |
|   | Telephone: 415/288-4545 |
|   | 415/288-4534 (fax) |
|   |   |
|   | LERACH COUGLIN STOIA GELLER |
|   |    RUDMAN & ROBBINS LLP |
|   | WILLIAMS S. LERACH |
|   | 401 B Street, Suite 1600 |
|   | San Diego, CA  92101 |
|   | Telephone: 619/231-1058 |
|   | 619/231-7423 (fax) |
|   |   |
|   | Lead Counsel for Plaintiff |

I, Joseph O. Click, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Filing of Response to Third Amended Complaint. In compliance with General Order 45, X.B., I hereby attest that Shana Scarlett of Leach Couglin Stoia Geller Rudman & Robbins LLP has concurred in this filing.

*     *     *

3

STIP AND [~~PROPOSEE~~] ORDER RE FILING OF DEFENDANTS' REPLY BRIEF – C-04-4802-JW

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 3/1/2007

_____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE