IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: Impax Laboratories Inc. Securities Litigation | NO. C 04-04802 JW<br>Consolidated Cases:<br>04-05252 JW<br>04-04920 JW<br>04-05057 JW<br>04-05215 JW |

**ORDER ADMINISTRATIVELY CLOSING CASES**

In light of the Court's February 8, 2005 Stipulation and Consolidation Order for Securities Fraud Class action (docket item no. 31), the Court orders the members cases 04-05252 JW, 04-04920 JW, 04-05057 JW, 04-05215 JW administratively closed.

Dated: March 31, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Azra Z. Mehdi azram@csgrr.com
Dale E. Barnes dale.barnes@bingham.com
Daniel Jacob Pfefferbaum Dpfefferbaum@csgrr.com
Elizabeth Pei Lin elin@milberg.com
Joseph Otto Click click@blankrome.com
Monique C. Winkler e_file_sd@csgrr.com
Patrick J. Coughlin PatC@csgrr.com
Robert S. Green RSG@CLASSCOUNSEL.COM
Tricia Lynn McCormick triciam@csgrr.com
William S. Lerach e_file_sd@lerachlaw.com
Willow E. Radcliffe willowr@csgrr.com

**Dated: March 31, 2008**                    **Richard W. Wieking, Clerk**

                                              **By:  /s/ JW Chambers**
                                                    **Elizabeth Garcia**
                                                    **Courtroom Deputy**