IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

NO. C 04-04802 JW

In re IMPAX Laboratories, Inc., et al,	**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE; ADVANCING HEARING ON DEFENDANTS' MOTION TO DISMISS**

_____/

The Court conducted a Case Management Conference on June 9, 2008. Counsel for the respective parties were present. In light of the discussion at the conference and upon further consideration by the Court, the Court advances the hearing on Defendants' Motion to Dismiss the Fourth Amended Consolidated Complaint from October 6, 2008 to **July 7, 2008 at 9 a.m.** The Court sets an expedited briefing schedule as follows:

(1) Plaintiffs' opposition shall be filed and served on or before **June 20, 2008.**

(2) Defendants' reply shall be filed and served on or before **June 24, 2008.**

This expedited schedule is to provide an early resolution to Defendants' challenge regarding the Court's subject matter jurisdiction; and it will permit the parties to conduct discovery immediately following the Court's Order, as opposed to waiting until the fall of this year—without penalties and prejudices to either party.

In light of the above, all discovery is STAYED pending the resolution of Defendants' Motion. The Court also sets a Case Management Conference for **July 7, 2008 at 10 a.m.**, following the hearing on Defendants' Motion. The parties shall file a Joint Case Management Conference

1   Statement on or before **June 27, 2008**, which sets a schedule for further proceedings in this case and
2   a proposed date for the close of all discovery.

4   Dated:  June 10, 2008

                                                JAMES WARE
                                                United States District Judge

**United States District Court**
For the Northern District of California

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Azra Z. Mehdi azram@lerachlaw.com
Dale E. Barnes dale.barnes@bingham.com
Elizabeth Pei Lin elin@milbergweiss.com
Joseph Otto Click click@blankrome.com
Monique Winkler MoniqueW@lerachlaw.com
Patrick J. Coughlin patc@lerachlaw.com
Robert S. Green RSG@CLASSCOUNSEL.COM
Shana E. Scarlett shanas@hbsslaw.com
Tricia Lynn McCormick triciam@lerachlaw.com
William S. Lerach e_file_sd@lerachlaw.com
Willow E. Radcliffe willowr@lerachlaw.com

Dated:  June 10, 2008                                                Richard W. Wieking, Clerk

                                                                     By:   /s/ JW Chambers
                                                                            Elizabeth Garcia
                                                                            Courtroom Deputy

**United States District Court**
For the Northern District of California