COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
AZRA Z. MEHDI (220406)
DANIEL J. PFEFFERBAUM (248631)
SUZANNE H. KAPLAN (247067)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
amehdi@csgrr.com
dpfefferbaum@csgrr.com
shkaplan@csgrr.com
    – and –
LAURIE L. LARGENT (153493)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
llargent@csgrr.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re IMPAX LABORATORIES, INC. SECURITIES LITIGATION | Master File No. C-04-4802-JW |
| | CLASS ACTION |
| This Document Relates To: | DECLARATION OF LAURIE L. LARGENT IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND REQUEST FOR JUDICIAL NOTICE |
| ALL ACTIONS. | |
| | DATE:  January 12, 2009<br>TIME:  9:00 a.m.<br>COURTROOM: The Honorable James Ware |

I, LAURIE L. LARGENT, declare as follows:

1. I am an attorney duly licensed to practice law before all of the courts of the State of California and before this District Court. I am associated with the law firm of Coughlin Stoia Geller Rudman & Robbins LLP, lead counsel for plaintiffs in the above-captioned matter. I make this Declaration in Support of Plaintiffs' Motion for Class Certification and Request for Judicial Notice. I have personal knowledge of the facts set forth below, and if called to do so, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit 1: Certification of lead plaintiff City of Dearborn Heights Act 345 Police & Fire Retirement System;

Exhibit 2: Certification of named plaintiff Dr. Melvin M. Owen;

Exhibit 3: The firm résumé of Coughlin Stoia Geller Rudman & Robbins LLP;

Exhibit 4: Bloomberg Report setting forth IMPAX Laboratories, Inc. ("Impax") weekly stock price and trading volume information from May 7, 2004 to October 29, 2004;

Exhibit 5: Nelson Information's Directory of Investment Research for 2004 and 2005 for Impax;

Exhibit 6: Class Period analyst reports from Brean Murray & Co., Inc. and Citigroup Smith Barney; and

Exhibit 7: Form S-3 for Impax, filed on June 14, 2004.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 16th day of September, 2008, at San Diego, California.

/s/ Laurie L. Largent<br>LAURIE L. LARGENT

S:\CasesSD\IMPAX Labs\DEC 00054002 Class Cert.doc

DECL. OF LAURIE L. LARGENT IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION & REQUEST FOR JUDICIAL NOTICE - C-04-4802-JW    - 1 -

CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I further certify that I caused this document to be forwarded to the following designated Internet site at: http://securities.csgrr.com/.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 16, 2008.

    /s/ Laurie L. Largent
LAURIE L. LARGENT

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:llargent@csgrr.com

# Mailing Information for a Case 5:04-cv-04802-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Dale E. Barnes , Jr**
  dale.barnes@bingham.com,teresa.bowen@bingham.com,lisa.lee@bingham.com

- **Joseph Otto Click**
  click@blankrome.com,smith-sh@blankrome.com

- **Patrick J. Coughlin**
  PatC@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Robert S. Green**
  CAND.USCOURTS@CLASSCOUNSEL.COM

- **Suzanne Heald Kaplan**
  shkaplan@csgrr.com

- **Louis H. Kozloff**
  Kozloff@blankrome.com

- **Laurie L. Largent**
  llargent@csgrr.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **Elizabeth Pei Lin**
  elin@milberg.com,schang@milberg.com,cchaffins@milberg.com

- **Tricia Lynn McCormick**
  triciam@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Azra Z. Mehdi**
  azram@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Daniel Jacob Pfefferbaum**
  DPfefferbaum@csgrr.com,khuang@csgrr.com,GDarwish@csgrr.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing

program in order to create notices or labels for these recipients.

**Kerry Brainard**
600 New Hampshire Avenue, N.W.
Washington, DC 20037

**Tim P. Harris**
Blank Rome LLP
Watergate 600
New Hampshire Avenue,NW
Washington, DC 20037

**Michael Joseph**
600 New Hampshire Avenue, N.W.
Washington, DC 20037

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

**Hardy Vieux**
Blank Rome LLP
Watergate 600
New Hampshire Avenue,NW
Washington, DC 20037