COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
AZRA Z. MEHDI (220406)
DANIEL J. PFEFFERBAUM (248631)
SUZANNE H. KAPLAN (247067)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
amehdi@csgrr.com
dpfefferbaum@csgrr.com
shkaplan@csgrr.com
        – and –
LAURIE L. LARGENT (153493)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
llargent@csgrr.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re IMPAX LABORATORIES, INC. SECURITIES LITIGATION <br><br> This Document Relates To: <br><br> ALL ACTIONS. | Master File No. C-04-4802-JW (RS) <br><br> <u>CLASS ACTION</u> <br><br> DECLARATION OF DANIEL J. PFEFFERBAUM IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM IMPAX DEFENDANTS <br><br> DATE:  October 29, 2008 <br> TIME:  9:30 a.m. <br> COURTROOM:  The Honorable Richard G. Seeborg |

I, Daniel J. Pfefferbaum, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and before this District Court. I am associated with the law firm of Coughlin Stoia Geller Rudman & Robbins LLP, lead counsel for plaintiffs in the above-entitled action. I make this Declaration in Support of Plaintiffs' Motion to Compel Production of Documents from Impax Defendants. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Fourth Amended Consolidated Complaint for Violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934;

3. On July 16, 2008, plaintiffs served their First Set of Requests for Production of Documents and a Notice of Videotaped Deposition of Defendant Impax Laboratories, Inc. Pursuant to Federal Rules of Civil Procedure 26 and 30(b)(6) on defendants. True and correct copies of each are attached hereto as Exhibits 2 and 3;

4. Defendants served their Objections and Responses to Plaintiffs' First Set of Requests for Production of Documents on August 15, 2008. A true and correct copy is attached hereto as Exhibit 4;

5. On August 20, 2008, Suzanne Kaplan ("Kaplan") and Daniel Pfefferbaum ("Pfefferbaum" or "I"), on behalf of plaintiffs, and Louis Kozloff ("Kozloff") and Timothy Harris ("Harris"), on behalf of defendants, held a telephonic meet and confer that lasted approximately two hours regarding Defendants' Objections and Responses to Plaintiffs' First Set of Requests for Production of Documents. On the call, plaintiffs sought clarification of defendants' objections and the parties discussed defendants' blanket objections to the production of post-Class Period evidence and defendants' relevance objections. This meet and confer is memorialized in an August 26, 2008 letter from Pfefferbaum to Kozloff and Harris. In the letter, plaintiffs sought to schedule a further meet and confer the following week on September 5, 2008. Attached hereto as Exhibit 5 is a true and correct copy of the August 26, 2008 letter;

DECLARATION OF DANIEL J. PFEFFERBAUM IN SUPPORT OF PLAINTIFFS'
MOTION TO COMPEL PRODUCTION OF DOCUMENTS - C-04-4802-JW (RS)   - 1 -

6. To accommodate defendants' request, the meet and confer was pushed back to September 9, 2008. A true and correct copy of an e-mail from Kozloff to Pfefferbaum dated September 3, 2008 is attached hereto as Exhibit 6;

7. Attached hereto as Exhibit 7 is a defendants' letter dated September 9, 2008, sent the morning of the parties' scheduled meet and confer. The letter responds to plaintiffs' August 26, 2008 letter regarding the parties' previous meet and confer;

8. On September 9, 2008, Kaplan and Pfefferbaum, on behalf of plaintiffs, and Kozloff and Harris, on behalf of defendants, held a second telephonic meet and confer which lasted approximately 45 minutes. During the meet and confer, the parties discussed defendants' positions taken in their September 9, 2008 letter, which were largely the same as those taken in their objections. The discussion centered mostly on defendants' relevance objections which defendants raised with respect to the vast majority of plaintiffs' requests;

9. Plaintiffs summarized the September 9, 2008 meet and confer in a letter from Pfefferbaum to Kozloff and Harris, also dated September 9, 2008. In this letter, plaintiffs stated that they would likely have to bring the parties' discovery dispute before the Court. A true and correct copy of plaintiffs' September 9, 2008 letter is attached hereto as Exhibit 8;

10. Attached hereto as Exhibit 9 is a true and correct copy of Kozloff's September 15, 2008 letter to Kaplan and Pfefferbaum. While defendants' September 15, 2008 letter is long on rhetoric, it only reinforces defendants' continued unwillingness to compromise in good faith regarding defendants' relevancy objections;

11. Attached hereto as Exhibit 10 is a true and correct copy of the September 17, 2008 letter from Pfefferbaum to Kozloff, which responds to Kozloff's letter of September 15, 2008. In the September 17, 2008 letter, plaintiffs reiterated that the post-Class Period evidence is discoverable under the Federal Rules of Civil Procedure and controlling Ninth Circuit case law. Also plaintiffs repeated their good faith proposal that defendants produce a limited number of non-public documents to substantiate their relevancy objections, a compromise which defendants rejected. Plaintiffs reiterated that they would move the Court if defendants continued to refuse to produce any

DECLARATION OF DANIEL J. PFEFFERBAUM IN SUPPORT OF PLAINTIFFS'
MOTION TO COMPEL PRODUCTION OF DOCUMENTS - C-04-4802-JW (RS) - 2 -

1  post-Class Period evidence and requested that defendants respond by the close of business on
2  September 18, 2008;

3     12.    Attached hereto as Exhibit 11 is a letter dated September 23, 2008 from Kozloff to
4  Pfefferbaum, responding to plaintiffs' letter of September 17, 2008.  In the September 23, 2008
5  letter, defendants reiterated their prior position with respect to their relevancy objections and their
6  continued refusal to produce any non-public documents;

7     13.    Attached hereto as Exhibit 12 is a letter dated September 24, 2008 from Pfefferbaum
8  to Kozloff, responding to Kozloff's letter of September 23, 2008.  In the September 24, 2008 letter,
9  plaintiffs accepted defendants' offer to produce SEC documents in unredacted form, and informed
10 defendants that plaintiffs will file the Motion to Compel Production of Documents from Impax
11 Defendants;

12     14.    Attached hereto as Exhibit 13 is a true and correct copy of the Initial Decision as to
13 Impax Laboratories, Inc. in the Matter of Cosmetic Center, Inc., *et al.*, dated April 30, 2007;

14     15.    Attached hereto as Exhibit 14 is a true and correct copy of the Appendix to Petition of
15 Impax Laboratories, Inc. for Review of Initial Decision in Administrative Proceeding File No. 3-
16 12519, dated May 21, 2007;

17     16.    Attached hereto as Exhibit 15 is a true and correct copy of the Division of
18 Enforcement's Brief in Opposition to Impax Laboratories, Inc.'s Petition for Review, obtained by
19 plaintiffs from the U.S. Securities and Exchange Commission in redacted form;

20     17.    Attached hereto as Exhibit 16 is a true and correct copy of the Opinion of the
21 Commission Section 12(j) Proceeding in the Matter of Impax Laboratories, Inc., Rel. No. 57864,
22 dated May 23, 2008;

23     18.    Attached hereto as Exhibit 17 is a true and correct copy of the Impax Laboratories,
24 Inc. Press Release, entitled "IMPAX Provides Further Update of Progress in Filing 10-K and 10-Q
25 and Estimates of Results," dated August 3, 2005;

26     19.    Attached hereto as Exhibit 18 is a true and correct copy of the Impax Laboratories,
27 Inc.'s Petition for a Writ of Mandamus to the Ninth Circuit, filed August 28, 2008 (plaintiffs have
28 not attached the exhibits to defendants' petition but can provide copies to the Court upon request);

DECLARATION OF DANIEL J. PFEFFERBAUM IN SUPPORT OF PLAINTIFFS'
MOTION TO COMPEL PRODUCTION OF DOCUMENTS - C-04-4802-JW (RS)  - 3 -

20. Attached hereto as Exhibit 19 is a true and correct copy of the Brief of Impax Laboratories, Inc. in Support of Petition for Review of Initial Decision, filed June 22, 2007; and

21. Attached hereto as Exhibit 20 is a true and correct copy of the draft Stipulation and Protective Order Regarding Confidentiality of Discovery Materials proposed by defendants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 24th day of September, 2008, at San Francisco, California.

/s/
DANIEL J. PFEFFERBAUM

T:\CasesSF\IMPAX Labs\DEC00054378.doc

CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 24, 2008.

/s/
DANIEL J. PFEFFERBAUM

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail: dpfefferbaum@csgrr.com

# Mailing Information for a Case 5:04-cv-04802-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Dale E. Barnes , Jr**
  dale.barnes@bingham.com,teresa.bowen@bingham.com,lisa.lee@bingham.com

- **Joseph Otto Click**
  click@blankrome.com,smith-sh@blankrome.com

- **Patrick J. Coughlin**
  PatC@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Robert S. Green**
  CAND.USCOURTS@CLASSCOUNSEL.COM

- **Suzanne Heald Kaplan**
  shkaplan@csgrr.com

- **Louis H. Kozloff**
  Kozloff@blankrome.com

- **Laurie L. Largent**
  llargent@csgrr.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **Elizabeth Pei Lin**
  elin@milberg.com,schang@milberg.com,cchaffins@milberg.com

- **Tricia Lynn McCormick**
  triciam@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Azra Z. Mehdi**
  azram@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Daniel Jacob Pfefferbaum**
  DPfefferbaum@csgrr.com,khuang@csgrr.com,GDarwish@csgrr.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing

program in order to create notices or labels for these recipients.

**Kerry Brainard**
600 New Hampshire Avenue, N.W.
Washington, DC 20037

**Tim P. Harris**
Blank Rome LLP
Watergate 600
New Hampshire Avenue,NW
Washington, DC 20037

**Michael Joseph**
600 New Hampshire Avenue, N.W.
Washington, DC 20037

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

**Hardy Vieux**
Blank Rome LLP
Watergate 600
New Hampshire Avenue,NW
Washington, DC 20037