UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*Civil Minute Order*

Time in Court: 50m

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR:   FTR
COURTROOM DEPUTY: MARTHA PARKER BROWN

DATE:  10/29/08
CASE #:   C 04-04802JW

CASE TITLE:    IN RE IMPAX LABORATORIES SECURITIES LIGIGATION

| **Appearances for Plaintiff(s)** | **Appearances for Defendant(s)** |
|---|---|
| AZRA Z. MEHDI | LOUIS H. KOZLOFF |
| SUZANNE H. KAPLAN | JOSEPH O. CLICK |
| DANIEL PFEFFERBAUM | |

**TODAY'S PROCEEDINGS**

{ }SETTLEMENT CONF.   { } PRETRIAL CONF.   {X} MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. | | |
|---|---|---|---|---|
| {X} | { } | { } | 1. | TO COMPEL |
| { } | { } | { } | 2. | |
| { } | { } | { } | 3. | |
| { } | { } | { } | 4. | |

***DISPOSITION of TODAY'S PROCEEDINGS***

**[ ] SETTLED     [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED       [ ] DENIED        [ ] SUBMITTED        [ ] DENIED/GRANTED in part

***[ ] BRIEFS TO BE FILED AS FOLLOWS***:

{ } Cont'd to           @           For

**ORDER TO BE PREPARED BY:**      [ ]PLTF;      [ ]DEFT;      [ ]COURT
Additional Comments: MATTER IS ARGUED BY COUNSEL.  COUNSEL TO CONTINUE MEET AND CONFER EFFORTS, THEN EACH SUBMIT A REPORT BY 11/12 (LESS THAN 10 PAGES) ITEMIZING WHAT REMAINS IN DISPUTE, THEN THE MATTER WILL BE TAKEN UNDER SUBMISSION.