*IT IS SO ORDERED*
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re IMPAX LABORATORIES, INC. SECURITIES LITIGATION | ) ) ) Master File No. C-04-4802-JW ) ) CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | ) ) [PROPOSED] ORDER AWARDING COSTS ) TO REPRESENTATIVE PLAINTIFF ) ) |

This matter having come before the Court on May 11, 2009, on the application of counsel for the Plaintiffs for an award of costs to the Representative Plaintiff in this matter,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Pursuant to 15 U.S.C. §78u-4(a)(4), Representative Plaintiff Dr. Melvin M. Owen is herby awarded $5,577.00 in costs. Such reimbursement is appropriate considering Dr. Owen's active participation as a representative plaintiff in this action, as attested to in the declaration he submitted on April 14, 2009 (Docket No. 227).

IT IS SO ORDERED.

DATED: June 11, 2009

_____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

Submitted by:

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
AZRA Z. MEHDI
DANIEL J. PFEFFERBAUM
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
JOY ANN BULL
LAURIE L. LARGENT


        s/ Joy Ann Bull
_____
       JOY ANN BULL

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs